176 F.3d 472
 Norman D. Randolph
v.
State Board of Control, Dr. Nick J. Staresinic, Chairman,
Dr. Sean Hughes, Vice Chariman, State Board of Control,
Individually, Operating as Clairton City School District,
Brenda Washington, Frank Billy, Frank Vitelli, Andrew
Ferraro, Sue Wessel, David P. Dragosin, Emmanuel R. Lewis,
James A. Martell, Robert McNelis, Members of Board of
Directors of Clairton City School District
 NO. 97-3572
 United States Court of Appeals,
Third Circuit.
 January 29, 1999
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 Affirmed.